IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BURL MATHIAS and DESIREE MATHIAS ) | |
| Plaintiffs, ) | |
| vs. ) | Case No.: 01 C 6329 |
| ACCOR ECONOMY LODGING, INC. ) and MOTEL 6 OPERATING L.P. ) | Judge Joan Lefkow  Magistrate Judge Ashman |
| Defendants. ) | |

**PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION IN LIMINE TO BAR THE NET WORTH OF IBL LIMITED**

NOW COME the Plaintiffs, DESIREE MATHIAS and BURL MATHIAS, by their attorneys, PETER S. STAMATIS and ROBERT P. CUMMINS, and in response to Defendants' Motion in Limine to bar evidence of the net worth of IBL Limited.

In an attempt to obscure the relationship among the corporate owners of the property in question and to force plaintiffs to embark on a Homeric search for the truth, defendants, during the discovery of this case, did everything in their power hide the actual relationship between Motel 6 Operating LP, Accor Economy Lodging, IBL Limited Inc. and the other parent companies. Indeed, it was not until late June and following multiple orders of Judge Ashman that the real relationship emerged. Until defendants produced the identity of their auditor and his deposition was taken and their documents produced.[1]

---

[1] The defendants' Rule 30(b)(6) witness which was supposedly offered to provide information regarding the web of ownership of the subject property was plainly inadequate and we believe contradicts several in-house counsel. This issue will be raised before Judge Ashman in the days to come in support of a motion for sanctions which his Honor is still considering.

The financial statements of IBL, the parent of both defendants, reveal the relationships between the defendants and also incorporate the financial information of the defendants. Therefore, the net worth of IBL is believed to be the sum of the net worth of defendants and is directly relevant to this case. Defendants' motion should be denied.

WHEREFORE, the Plaintiffs, Burl Mathias and Desiree Mathias respectfully request this Court enter an order denying Defendants' motion in limine.

Respectfully submitted

_____
One of the attorneys for Burl Mathias and Desiree Mathias

PETER S. STAMATIS
Law Offices of Peter Stamatis, P.C.
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 606-0045
Facsimile: (312) 606-0085

ROBERT P. CUMMINS
Cummins & Cronin
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 578-0500
Facsimile: (312) 578-1234