**FILED**

JUL 1 1 2002
JUDGE JOAN H. LEFKOW
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION



DOCKETED
JUL 1 6 2002

| | |
|---|---|
| BURL MATHIAS and DESIREE MATHIAS,<br><br>Plaintiffs,<br><br>v.<br><br>ACCOR ECONOMY LODGING, INC. and<br>MOTEL 6 OPERATING L.P.<br><br>Defendants. | No. 01 C 6329<br><br>Judge Joan Lefkow<br>Magistrate Judge Ashman |

### DEFENDANTS' REPLY IN SUPPORT OF ITS MOTION IN LIMINE TO BAR TESTIMONY REGARDING THE FINANCIAL STATUS OF IBL LIMITED, INC.

Defendants, ACCOR ECONOMY LODGING, INC. ("ACCOR") and MOTEL 6 OPERATING L.P. ("MOTEL 6"), by their attorneys, Maureen A. McGuire and Timothy J. Murphy, in support of their Motion in Limine to bar plaintiffs and their attorneys from introducing at trial any information regarding the financial status or records of IBL Limited, Inc., state as follows:

1. Defendants assert no contrary authority to the precedent established by Walker v. Dominick's Finer Foods, Inc., 415 N.E. 2d 1213, 1217 (Ill. App. 1st Dist. 1981). Rather than address the issues presented in the motion in limine, plaintiffs recite their quixotic and abusive pursuit of discovery on the question of ownership of the property at 162 E. Ontario, Chicago, Illinois, which fact was admitted in the defendants' answer.

2. Defendants state in a foot note that a motion for sanctions is currently pending before Judge Ashman. This is a complete falsehood, as Judge Ashman denied plaintiffs' motion on June 25, 2002.



WHEREFORE, defendants ACCOR ECONOMY LODGING, INC., ("ACCOR") and MOTEL 6 OPERATING L.P., ("MOTEL 6"), by their attorneys, Maureen A. McGuire and Timothy J. Murphy, respectfully requests that this court enter an order barring the plaintiffs and their attorneys from testifying to, referring to, or introducing into evidence information regarding the financial records or status of IBL Limited, Inc.

Respectfully submitted,

MacCabe & McGuire

By: _____
One of the Attorneys for Defendants
ACCOR ECONOMY LODGING, INC. and
MOTEL 6 OPERATING L.P.

Maureen A. McGuire
Timothy J. Murphy
MacCabe & McGuire
77 W. Wacker Drive
Suite 3333
Chicago, IL 60601
Telephone: (312)357-2600
Facsimile: (312)357-0317

M:\ORANGE\51-100\-155\def reply in support of motion in limine to bar financial testimony.doc

2