IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BURL MATHIAS and DESIREE MATHIAS, <br><br> Plaintiffs, <br><br> v. <br><br> ACCOR ECONOMY LODGING, INC. and MOTEL 6 OPERATING L.P. <br><br> Defendants. | **FILED** <br><br> JUL 1 1 2002 <br><br> No. 01 C 6329    JUDGE JOAN H. LEFKOW <br>                 UNITED STATES DISTRICT COURT <br> Judge Joan Lefkow <br> Magistrate Judge Ashman |

**DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION IN LIMINE TO BAR ADVERTISING MATERIAL**

DOCKETED JUL 1 6 2002

Defendants, ACCOR ECONOMY LODGING, INC. ("ACCOR") and MOTEL 6 OPERATING L.P., ("MOTEL 6"), by their attorneys, Maureen A. McGuire and Timothy J. Murphy, submit this reply to plaintiffs' response to their Motion In Limine seeking to bar plaintiffs and their attorneys from introducing in any way, and in any form at any time during the course of this trial, any evidence, remark, statement, request, suggestion, inference, innuendo, question, answer, testimony, or reference of any nature which might inform, infer, or suggest to the jury any information pertaining to the following matter:

- Advertising material including print advertisements, rack sheets, directories, television advertisements and radio advertisements.

1. Plaintiffs rely upon Garcia v. Overland Bond & Inv. Co., 282 Ill. App. 3d 486, 668 N.E.2d 199, 218 Ill.Dec. 36(1996) for the proposition that false advertising need only create a likelihood of deception or have a capacity to deceive to that advertising be admitted into evidence at trial. This case involved bait and switch advertising by a car dealership that also provided financing for auto purchases. The defendant advertised "no down payment" and "low bank rate financing", when in fact it required down payments and

132

offered financing at rates at least twice the available bank rate. The advertising at issue in Garcia specifically recited facts which were false and which induced the plaintiff to purchase a car from defendants.

2. Plaintiffs assert that general theme advertisement by defendants about "we'll keep the light on for you" create a likelihood of deception by suggesting that defendants care about their customers. While the defendants do in fact care about their customers, this advertising does not contain a misrepresentation nor is it likely to deceive.

3. Mere subjective descriptions or opinions do not qualify as a fraudulent misrepresentation of fact. Connick v. Suzicki Motors Company Ltd.,(1st Dist. 1995), 275 Ill.App. 3d 705, 212 Ill.Dec. 17, affirmed, 174 Ill.2d 482, 212 Ill. Dec. 389, 675 N.E.2d 584.

WHEREFORE, Defendants, ACCOR ECONOMY LODGING, INC. ("ACCOR") and MOTEL 6 OPERATING L.P., ("MOTEL 6"), respectfully request that this Court enter an order barring plaintiffs and their attorneys from introducing in any way, and in any form at any time during the course of this trial, any evidence, remark, statement, request, suggestion, inference, innuendo, question, answer, testimony, or reference of any nature which might inform, infer, or suggest to the jury any information pertaining to the material cited above.

Respectfully submitted,

MacCabe & McGuire

By: /s/ Timothy J. Murphy
One of the attorneys for the Defendant,
ACCOR ECONOMY LODGING, INC. and
MOTEL 6 OPERATING L.P.

Timothy J. Murphy
MacCabe & McGuire
77 W. Wacker Drive
Suite 3333
Chicago, Illinois 60601
Telephone: 312-357-2600
Facsimile: 312-357-0317
M:\ORANGE\51-100\-155Reply advertising