IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
AUG 9 - 2002
JUDGE JOHN W. DARRAH
UNITED STATES DISTRICT COURT

| | |
|---|---|
| **BURL MATHIAS and DESIREE MATHIAS,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACCOR ECONOMY LODGING d/b/a MOTEL 6,**<br><br>Defendants. | No. 01 C 6329<br><br>Judge Joan Lefkow<br>Magistrate Judge Ashman |

### NOTICE OF MOTION

TO: Peter S. Stamatis
77 W. Wacker Dr. Suite 4800
Chicago, Illinois 60601

Robert P. Cummins
77 W. Wacker Dr. Suite 4800
Chicago, Illinois 60601

Please Take Notice that on 8/12/02 at 2 PM we will appear before the Honorable Judge Darrah, Room 1203, at 219 S. Dearborn Street, Chicago, Illinois, and present the attached emergency motions: (1) **DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT**; and (2) **DEFENDANTS' MOTION FOR STAY OF EXECUTION AND ENFORCEMENT OF JUDGMENT**.

_____
One of the Attorneys for Accor Economy Lodging
and Motel 6 Operating L.P.

### CERTIFICATE OF DELIVERY

Maureen A. McGuire hereby certifies under penalty of perjury as provided by law pursuant to the applicable court rules that the above notice and attached pleadings were served upon counsel of record by hand delivery on August 9, 2002.

_____
Maureen A. McGuire

Timothy J. Murphy
Maureen A. McGuire
MacCABE & McGUIRE
77 West Wacker Drive, #3333
Chicago, IL 60601
Telephone: 312-357-2600
Facsimile: 312-357-0317

M:\orange\51-155\Ntc mtn aug 9 '02.doc

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

FILED

AUG 9 - 2002

JUDGE JOHN W. DARRAH
UNITED STATES DISTRICT COURT



| | |
|---|---|
| **BURL MATHIAS and DESIREE MATHIAS,**<br><br>Plaintiffs,<br><br>v.<br><br>**ACCOR ECONOMY LODGING INC. and MOTEL 6 OPERATING L.P.,**<br><br>Defendants. | No. 01 C 6329<br><br>**Judge Joan Lefkow** |

### DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT

Defendants, ACCOR ECONOMY LODGING, INC. ("Accor") and MOTEL 6 OPERATING L.P., ("Motel 6"), by their attorneys, Maureen A. McGuire and Timothy J. Murphy, for their Motion to Alter or Amend the Judgment pursuant to Rule 59 of the Federal Rules of Civil Procedure, state as follows:

1. Federal Rule of Civil Procedure 59(e) provides in relevant part:

   "Motion to Alter or Amend Judgment. Any motion to alter or amend a judgment shall be filed not later than 10 days after entry of the judgment."

2. Rule 59 permits a District Court to amend a judgment when: "the Court has patently misunderstood a party, or has made a decision outside of the adversarial issues presented to the Court by the parties, or has made and error not of reasoning but of apprehension." Russell v. Delco Remy Division of General Motors Corp., 51 F.3d 746, 749 (7th Cir. 1995.

3. The rule essentially enables a district court to correct its own errors, sparing the parties and the appellate courts the burden of unnecessary appellate proceedings. Charles v. Daley, 799 F.2d 343, 348 (7th Cir. 1986).

164

4. In the instant case, a judgment was entered in favor of the plaintiffs Burl Mathias and Desiree Mathias and against defendants Accor Economy Lodging and Motel 6 Operating L.P. Following trial, the plaintiffs each were awarded $5,000 in compensatory damages and $186,000 in punitive damages, for a total award of $382,000.

5. As outlined in defendants' Memorandum of Law in support of its Motion to Alter or Amend, a remittitur is appropriate in the instant case for two reasons: (1) there is insufficient evidence to mandate the submission of punitive damages to the jury; or in the alternative, (2) the amount of punitive damages awarded by the jury in this case was excessive.

6. For the reasons outlined in defendants' Memorandum of Law in Support of its Motion to Alter or Amend, defendants respectfully request that this court reduce the amount of punitive damages awarded.

WHEREFORE, defendants ACCOR ECONOMY LODGING, INC. ("Accor") and MOTEL 6 OPERATING L.P. ("Motel 6"), by their attorneys, Maureen A. McGuire and Timothy J. Murphy, respectfully request that this honorable Court reduce the amount of punitive damages awarded to the plaintiffs pursuant to Rule 59 of the Federal Rules of Civil Procedures.

Respectfully submitted,

MacCabe & McGuire

By: _____
One of attorneys for Defendants
Accor Economy Lodging and
Motel 6 Operating L.P.

Maureen A. McGuire
Timothy J. Murphy
MacCabe & McGuire
77 W. Wacker Drive, #3333
Chicago, IL 60601
M/orange/51-155/Mtn to Alter or Amend.doc