IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BURL MATHIAS and DESIREE MATHIAS )<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>ACCOR ECONOMY LODGING, INC. )<br>and MOTEL 6 Operating LP )<br>)<br>Defendants. ) | Case No.: 01 C 6329<br><br>Judge Joan Lefkow<br>Magistrate Judge Ashman |

## NOTICE OF FILING

To: Timothy Murphy
MacCabe & McGuire
77 West Wacker Drive
Suite 3333
Chicago, Illinois 60601

PLEASE TAKE NOTICE that on September 13, 2002, we filed *Burl Mathias and Desiree Mathias' Response to Defendants' Motion to Alter or Amend Judgment*, a true and correct copy of which is attached hereto.

One of the attorneys for Burl and
Desiree Mathias

PETER S. STAMATIS
Law Offices of Peter Stamatis, P.C.
77 West Wacker Drive
Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 606-0045
Facsimile: (312) 606-0085

ROBERT P. CUMMINS
THOMAS CRONIN
Cummins & Cronin, LLC
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 578-0500
Facsimile: (312) 578-1234

*See Case File for Exhibits*