IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

BURL MATHIAS and DESIREE )
MATHIAS )
      Plaintiffs, )
)
vs. ) Case No.: 01 C 6329
)
ACCOR ECONOMY LODGING ) Judge Joan Lefkow
d/b/a MOTEL 6 ) Magistrate Judge Ashman
)
      Defendants. )

## NOTICE OF MOTION

To:   Timothy J. Murphy
      McCabe & McGuire
      77 West Wacker Drive
      Suite 3333
      Chicago, Illinois 60601

PLEASE TAKE NOTICE that on **Thursday, November 20, 2003, at 9:30 a.m.**, we will appear before the Honorable Judge Lefkow, room 1925 at 219 South Dearborn Street Chicago, Illinois, or any judge sitting in her stead and present the attached Motion.

_____
One of the attorneys for Burl and
Desiree Mathias

## CERTIFICATE OF DELIVERY

The undersigned hereby certifies under penalties of perjury as provided by law pursuant to the applicable court rules, that the above notice and any attached pleadings were served upon counsel and/or party of record by hand delivery on November 17, 2003

_____
Peter S. Stamatis

PETER S. STAMATIS
Law Offices of Peter Stamatis, P.C.
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 606-0045
Facsimile: (312) 606-0085

ROBERT P. CUMMINS
Cummins & Cronin
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 578-0500
Facsimile: (312) 578-1234

203

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| BURL MATHIAS and DESIREE MATHIAS<br><br>Plaintiffs,<br><br>vs.<br><br>ACCOR ECONOMY LODGING, INC.<br>and MOTEL 6 OPERATING L.P.<br><br>Defendants. | Case No.: 01 C 6329<br><br>Judge Joan Lefkow<br>Magistrate Judge Ashman |

## MOTION TO ENFORCE SURETY'S LIABILITY

Plaintiffs, BURL MATHIAS and DESIREE MATHIAS, pursuant to Federal Rule of Civil Procedure 65.1, hereby request this Honorable Court enter an order enforcing the Surety's Liability in this matter and tending payment of the entire bond amount of $401,600 to the plaintiffs and their counsel who has filed an appropriate lien on the proceeds of this case. In support thereof, BURL and DESIREE state as follows:

1. On August 2, 2003 and following a jury trial, this Honorable Court entered Judgment on the plaintiffs' behalf in the amount of $384,000.

2. Defendants then filed a Motion to Alter and Amend Judgment which this Court promptly denied on December 16, 2003.

3. Defendants then filed a Notice of Appeal to the Seventh Circuit Court of Appeals on December 31, 2002 along with a Supersedeas Bond. A copy of the Supersedeas Bond is attached hereto as Exhibit A. The bond was issued by:

Travelors Casualty and Surety Company of America
One Tower Square
Hartford, Connecticut 06183-6014

4. On October 21, 2003, in a scathing opinion, the Seventh Circuit denied defendants' appeal labeling it "pertinacious," "frivolous" and "farcical." A copy of Judge Posner's Opinion for the Court is attached hereto as Exhibit B.

5. Defendants then tried to stop the Seventh Circuit from issuing its Mandate to the District Court by filing, on November 10, 2003, their Motion to Stay Mandate and Enforcement of Judgment Pending the Filing of a Petition for Writ of Certiorari in the Supreme Court.

6. On the very next court day, November 12, 2003 (November 11, 2003 being Veteran's Day), the Seventh Circuit Court of Appeals <u>denied</u> this Motion and sent its NOTICE OF ISSUANCE OF MANDATE to the District Court for the Northern District of Illinois. A copy of the Notice of Issuance of Mandate is attached hereto as Exhibit C.

7. There is no reason to delay this matter any further.

WHEREFORE, the Plaintiffs, Burl and Desiree Mathias respectfully request this Honorable Court enter an order enforcing the Surety's Liability in this matter and tending payment of the entire bond amount of $401,600 to the plaintiffs and their counsel who has filed an appropriate lien on the proceeds of this case.

Respectfully submitted,

_____
One of the attorneys for Plaintiffs

PETER S. STAMATIS
Law Offices of Peter Stamatis, P.C.
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 606-0045
Facsimile: (312) 606-0085

ROBERT P. CUMMINS
Cummins & Cronin
77 West Wacker Drive, Ste. 4800
Chicago, Illinois 60601
Telephone: (312) 578-0500
Facsimile: (312) 578-1234

See Case File For Exhibits